JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SON KIM LAM, | Case No. EDCV 26-2215-JLS (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FERETI SEMAIA, ET. AL., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DENIED.

DATED: June 29, 2026

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE